**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 24, 2026**



In The

# Fifteenth Court of Appeals

---

### NO. 15-26-00023-CV

---

### JACQUELINE HARRINGTON AND DON RICHARD GRANT, Appellant

### V.

### BUILD THE ASSET, LLC, Appellee

---

**On Appeal from the 353rd District Court
Travis County, Texas
Trial Court Cause No. D-1-GN-24-002644**

---

### MEMORANDUM OPINION

Appellants Jacqueline Harrington and Don Richard Grant attempted to perfect an appeal from an order entered by the 53rd District Court of Travis County, Texas in cause no. D-1-GN-24-002644. Appellee has filed a motion to dismiss the appeal for want of jurisdiction. In its motion, appellee states that there

is no final, appealable order in this matter over which this Court may exercise jurisdiction. *See Indus. Specialists, LLC v. Blanchard Ref. Co. LLC*, 652 S.W.3d 11, 13–14 (Tex. 2022). We agree.

The record contains no final, appealable order. The Court, therefore, dismisses the appeal for want of jurisdiction. Appellants also filed an Emergency Motion for Temporary Relief, which the Court denies.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.